JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
Jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:   (702) 839-1100
Facsimile:   (702) 839-1113
*Attorneys for Defendant, Progressive Casualty Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RILEY INCHAUSTI,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, a Foreign Corporation d/b/a PROGRESSIVE; and DOES I through X inclusive; and ROE ENTITIES XI through XX, inclusive.<br><br>Defendants. | CASE NO:  2:23-CV-02104-MMD-DJA<br><br>**STIPULATION AND ORDER<br>FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between BRITTANHY A. YOUNG, ESQ., of the law firm of KAPLAN YOUNG, attorneys for Plaintiff, RILEY INCHAUSTI and JENNIFER INSLEY MICHERI, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, PROGRESSIVE CASUALTY INSURANCE COMPANY that the within matter be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

DATED: March 11th 2024        DATED: March 12, 2024

**KAPLAN YOUNG**                                        **DENNETT WINSPEAR, LLP**


By____/s/ Brittany A. Young_____        By___/s/    Jennifer Insley Micheri____
BRITTANY A YOUNG, Esq.                            JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 13663                                     Nevada Bar No. 10089
10091 Park Run Dr., Suite 190                        3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89145                              Las Vegas, Nevada 89129
Telephone: 702-381-8888                              Telephone: 702-839-1100
*Attorneys for Plaintiff,*                                     *Attorneys for Defendant, Progressive*
*Riley Inchausti*                                                 *Casualty Insurance Company*

Inchausti v Progressive
Case No. 2:23-CV-02104-MMD-DJA
Stip and Order for Dismissal w Prej

## ORDER

UPON STIPULATION OF COUNSEL and good cause appearing,

IT IS SO ORDERED.

DATED: March 13, 2024

_____
U.S. DISTRICT JUDGE